

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2019

No. 04-18-00355-CV

**IN THE ESTATE OF MARY JANE HARGROVE, DECEASED**,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 6430
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Liza A. Rodriguez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court